**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| STEPHANIE E. MOORE, | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 3:23-CV-00795 |
| vs. | ) |
| SOCIAL COACHING-CREDIT REPAIR, LLC | ) |
| Defendant. | ) |

**REVISED NOTICE FOR AUTOMATIC EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

Comes now the Defendant, Social Coaching-Credit Repair, LLC, by counsel, Candace C. Williams, of Tolbert & Tolbert, LLC, and pursuant to N.D. Ind. L.R. 6-1(b) files this Notice for an Automatic Enlargement of Time in which to file a responsive pleading herein, and in support of said notice states the following:

1. That on October 2, 2023, the Defendant filed its Notice for Automatic Extension of Time to File Responsive Pleading. [*See* Docket Entry 10.]

2. That on October 3, 2023, the Court set the deadline for the Defendant to file its answer to November 1, 2023.

3. That on October 3, 2023, the Court also ordered the Defendant to file a reformed notice for automatic extension that complied with the local rules. [*See* Docket Entry 11.]

4. Pursuant to N.D. L.R. 6-1(b), in pertinent part, the deadline to respond to a pleading…is automatically extended when an extension notice is filed with the court and: (1) the deadline has not been extended before; (2) the extension is for 28 or fewer days; and (3) the notice states: (A) the original deadline; (B) the new deadline; and (C) that all

1

opposing attorneys the attorney could reach agreed to the extension; or that the attorney could not reach any other opposing attorneys despite due diligence.

5. The deadline for the Defendant to file a response to the Plaintiff's Complaint has not been extended before as noted in the Court's Order. [*See* Docket Entry 11.]

6. That the Court set the deadline for the Defendant to file its answer to November 1, 2023 as requested in the original notice. [*See* Docket Entry 10.]

7. That the original deadline for the Defendant to answer the Complaint was October 2, 2023.

8. That the new deadline would be October 30, 2023 in accordance with N.D. L.R. 6-1(b).

9. That on October 3, 2023, Defense Counsel contacted Plaintiff's Counsel via email regarding the automatic extension.

10. That at the time of this filing, Plaintiff's Counsel has not responded to Defense Counsel's email regarding the requested automatic extension.

11. Defendant shall have up to and including October 30, 2023, to file an Answer or otherwise respond to the Plaintiff's Complaint pursuant to N.D. L.R. 6-1(b).

**WHEREFORE**, Defendant, Social Coaching-Credit Repair, LLC, by counsel, Candace C. Williams, of Tolbert & Tolbert, LLC, requests this Court enters an Order noting an automatic extension of time up to and including **October 30, 2023**, in which to file the responsive pleading, and for all other just and proper relief in the premises.

Respectfully submitted,

**TOLBERT & TOLBERT LLC**

*/s/ Candace C. Williams*
Shelice R. Tolbert, #22522-45
Candace C. Williams, #34257-45
1085 Broadway, Ste. B
Gary, IN  46402
Ph:  219-427-0094
Fx:  219-427-0783
stolbert@tolbertlegal.com
cwilliams@tolbertlegal.com

**CERTIFICATE OF SERVICE**

I certify that on the 3rd  day of October 2023, service of a true, correct and complete copy of the foregoing pleading and/or paper was made upon all counsel of record via email only to:

Nathan C. Volheim, # 6302103
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, IL 60148
Phone:  (630) 568-3056
Fax:     (630) 575-8188
nvolheim@suliamanla.com

*/s/ Candace C. Williams*
Shelice R. Tolbert, #22522-45
Candace C. Williams, #34257-45